# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01350-WDM

**UNITED STATES OF AMERICA,**

      Petitioner,

  v.

**CARLOS VALLEJO,**

      Respondent.

## ORDER

It is hereby ORDERED that because Respondent has substantially complied with the Internal Revenue Service Summons in this matter, Petitioner's Unopposed Motion to Vacate Hearing and Discharge Order to Show Cause is GRANTED. The hearing scheduled for October 3, 2007, at 2:30 p.m. is VACATED, and the Court's Order to Show Cause is DISCHARGED.

Dated: October 3, 2007

                                      s/ Walker D. Miller

                                      _____
                                      UNITED STATES DISTRICT COURT JUDGE